IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

MICHAEL DUDLEY JR. 197702 2023 DEC 27 A 9:45
Full name and prison number
of plaintiffs(s)

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA   2:23-CV-746-MHT-CSC

v.

SGT. JONES

CIVIL ACTION NO. _____
(To be supplied by Clerk of
U.S. District Court)

_____

_____

_____

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I.   PREVIOUS LAWSUITS
    A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)
    B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

    C.   If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.   Parties to this previous lawsuit:
         Plaintiff(s)_____

         Defendant(s)_____

       2.   Court (if federal court, name the district? if state court, name the county)_____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____

_____

5.  Disposition (for examples  Was the case dismissed?
    Was it appealed?  Is it still pending?)_____

_____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT *KILBY   CORRECTIONAL FACILITY*

_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED *STATON CORRECTIONAL*

*FACILITY* _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
     CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | *SGT JONES* | *STATON CORRECTIONAL FACILITY* |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED *OCTOBER 28 2023*

_____

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR-ALLEGATION
     THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *FAILURE TO PROTECT — (4) FOURTH AMENDMENT*

*CONSTITUTIONAL RIGHT, SHALL BE SECURE IN PERSON...*

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

9:30 AM AT STATON CORRECTIONAL FACILITY DUDLEY WAS ASSAULTED BY ANOTHER INMATE. STG JONES ARRESTED INMATE, WHO WAS SECURITY THREAT GROUP "BLACK DISCIPLES, ON REFUSING TO SIGN A LIABILITY FORM AND STATING TO HIM THE INEVITABLE DANGER.

GROUND TWO: DELIBERATE INDIFFERANCE (14) FOURTEENTH AMENDMENT - THE RIGHT TO DUE PROCESS OF LAW.

SUPPORTING FACTS: 10:30 AM AT STATON CORRECTIONAL FAC. AFTER DUDLEY WAS INTIALLY ASSAULTED, SGT. JONES ATTEMPTED TO INTIMATE DUDLEY INTO SIGNING A LIABILTY FORM. ON REFUSING TO SIGN DUE IMMINENT DANGER, SGT. JONES ASSIGNED DUDLEY A BED IN HIGH GANG ACTIVITY, WHEREIN DUDLEY WAS ATTACKED.

GROUND THREE: ASSAULT (4) FOURTH AMENDMENT SHALL BE SECURE IN PERSON...

SUPPORTING FACTS: 4:00 PM 2100 HOURS DUDLEY WAS ATTACKED BY SEVERAL INMATES CHANTING "G.D FOLK". INMATES WERE INSTRUCTED NOT TO CUT DUDLEY WITH WEAPONS THUS CREATING OPEN WOUNDS, BUT TO STOMP THE RIB CAGE CREATING INTERAL DAMAGE.

3

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.    CITE NO CASES OR STATUTES.

*I WANT TO SUE SGT. JONES IN HIS PERSONAL CAPACITY FOR MONITARY GAIN AND IN HIS OFFICIAL CAPACITY FOR ANY OTHER RELIEF AVAILIBLE*

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on    *12·15·2023*   .
(Date)

_____
Signature of plaintiff(s)

4

MICHAEL DUDLEY 197868 J-DORM 68A
KILBY CORRECTIONAL FACILITY
P.O. BOX 150
MT. MEIGS, ALABAMA 36057



FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 36117
02 7H
0006145339

$ 000.63⁰

DEC 26 2023

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

LEGAL MAIL

U.S. DISTRICT CLERK'S OFFICE

1ST CHURCH STREET SUITE B-110

MONTGOMERY ALABAMA 36104